# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160845(57)(60)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BRALYN DOMUNIQUE PETTWAY,
      Defendant-Appellant.

SC: 160845
COA: 343792
Oakland CC: 2016-258245-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's September 8, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G). The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2020



Clerk

a1116